# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4770
_____

JEFFERY D. SHORES,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

October 21, 2019


PER CURIAM.

    AFFIRMED.

LEWIS, B.L. THOMAS, and WINOKUR, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jeffery D. Shores, pro se, Appellant.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.